Deanne C. Ayers (#030486)
AYERS & AYERS
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009 Phone
(817) 318-0663 Facsimile

dayers@ayerfirm.com
betty@ayersfirm.com

*Attorney for Defendants,
Hartford Insurance Co. of the
Midwest, Gallagher Bassett
Services, Inc., and Tony L.
Murray*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brenda Temple,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Hartford Insurance Co. of the Midwest; Gallagher Bassett Services, Inc.; Tonya L. Murray; XYZ Corporations; John Does 1-26,<br><br>　　　　　Defendants. | No. CV-12-02357-PHX-SMM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　　The parties herein file this Joint Stipulation for Dismissal of all claims and causes of action in the above-styled and numbered case and move to dismiss all claims as to all parties. It is stipulated that each party shall bear its/her own costs of Court and attorney's fees. This Stipulation of Dismissal has been signed by counsel for all parties that have appeared and answered.

LAW OFFICES OF
AYERS & AYERS
4205 GATEWAY DRIVE
SUITE 100
COLLEYVILLE, TEXAS
76034
817-267-9009 TELEPHONE
817-318-0663 FACSIMILE

Page 1

**Dated** this 26th day of May, 2015.

**DOYLE LLP**

By: /s/Patrick Dennis
Michael Patrick Doyle, Esq.
Patrick M. Dennis, Esq.
2633 East Indian School Road, Suite 320
Phoenix, AZ 85016
*Attorneys for Plaintiff*

**AYERS & AYERS**

By: /s/Deanne C. Ayers
Deanne C. Ayers, Esq.
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
*Attorney for Defendants, Hartford Insurance Co. of the Midwest, Gallagher Bassett Services, Inc., and Tonya L. Murray.*

LAW OFFICES
AYERS & AYERS
4205 GATEWAY DR.
SUITE 100
COLLEYVILLE, TX
76034
(817)267-9009 PHONE
(817)318-0663 FAX

(Page 2, CV2012-018030)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Honorable Stephen M. McNamee
**United States District Court**
Sandra Day O'Connor U. S. Courthouse, Suite 625
401 West Washington Street, SPC 60
Phoenix, AZ  85003-2158

Michael Patrick Doyle
Patrick M. Dennis
Doyle LLP
2633 East Indian School Road, Suite 320
Phoenix, Arizona   85016

Deanne C. Ayers
Ayers & Ayers
4205 Gateway Drive, Suite 100
Colleyville, Texas   76034
Attorney for Defendants

_____    */s/Deanne C. Ayers*
                                                                Deanne C. Ayers

LAW OFFICES
AYERS & AYERS
4205 GATEWAY DR.
SUITE 100
COLLEYVILLE, TX
76034
(817)267-9009 PHONE
(817)318-0663 FAX

(Page 3, CV2012-018030)