**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brenda Temple,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hartford Ins. Co. of the Midwest, et al.,<br><br>　　　　Defendants. | No. CV-12-2357-PHX-SMM<br><br>**O R D E R** |

　　　　Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 111.)

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

　　　　**IT IS FURTHER ORDERED VACATING** the status hearing set for **Tuesday, June 16, 2015 at 1:30 p.m.**

　　　　DATED this 26th day of May, 2015.



Stephen M. McNamee
Senior United States District Judge